No. 78–1788. Henry Pollak, Inc., et al. v. Miller, Secretary of the Treasury, et al. C. A. D. C. Cir. Certiorari denied.

No. 78–1790. Davis v. General Motors Corp. C. A. 7th Cir. Certiorari denied.

No. 78–1792. Wornock et al. v. United States. C. A. 7th Cir. Certiorari denied.

No. 78–1794. Coughlin, Commissioner, New York State Office of Mental Retardation and Developmental Disabilities, et al. v. New York State Association for Retarded Children, Inc., et al. C. A. 2d Cir. Certiorari denied.

No. 78–1795. Hardwick v. Nu-Way Oil Co., Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 78–1796. Graham et al. v. United States. C. A. 2d Cir. Certiorari denied.

No. 78–1797. Newhouse v. United States. C. A. 2d Cir. Certiorari denied.

No. 78–1798. Blue Diamond Coal Co. v. Boggs et al. C. A. 6th Cir. Certiorari denied.

No. 78–1800. Louchheim v. North Carolina. Sup. Ct. N. C. Certiorari denied.

No. 78–1802. American Motors Sales Corp. v. Division of Motor Vehicles of Virginia et al. C. A. 4th Cir. Certiorari denied.

No. 78–1805. McTighe v. University of the Americas Foundation, Inc., et al. Ct. App. Ky. Certiorari denied.